UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LESLEY DUKE,

        Plaintiff,

    v.

PETRO STOPPING CENTERS, L.P., et al.,

        Defendants.

Case No. 15-cv-02567-PJH

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

    Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated by pro se plaintiff Lesley Duke, and defendants Petro Stopping Centers LP and TravelCenters of America LLC (by and through their attorneys of record) that the above-entitled action be dismissed with prejudice, each party to bear his/her or its own costs.

Dated: November 19, 2015

_____
Plaintiff

_____
Defendants

IT IS SO ORDERED.

Date: December 16, 2016



United States District Judge
Phyllis J. Hamilton